IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:10CR3104 |
| | ) | |
| V. | ) | |
| | ) | |
| ALEJANDRO ARTEMIO ALCALA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's motion for new trial (filing 68) is denied.

DATED this 12th day of September, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge