UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3104 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| ALEJANDRO ARTEMIO ALCALA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture and Motion to Dismiss (Filing No. 74). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On July 18, 2011, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1) and 853 based upon the Defendant's plea of guilty to Counts I, II, and III and the Forfeiture Allegation of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a 2002 Volkswagen Passat, VIN WVWPD63B02P340956, and $9,201.00 in United States Currency were forfeited to the United States.

2. The United States has informed the Court that, since the entry of said Preliminary Order, the 2002 Volkswagen Passat, VIN WVWPD63B02P340956, was disposed of administratively by the Lincoln Police Department.

3. Notice of Criminal Forfeiture of the $9,201.00 in United States Currency was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on August 24, 2011, as required by Rule G(4)(a)(iii)(B) of the Supplemental Rules

for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on October 25, 2011 (Filing No. 73).

4. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

5. The Plaintiff's Motion for Final Order of Forfeiture and Motion to Dismiss should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture and Motion to Dismiss is hereby sustained.

B. That part of the forfeiture allegation pertaining to the 2002 Volkswagen Passat, VIN WVWPD63B02P340956, is hereby dismissed.

C. All right, title and interest in and to the $9,201.00 in United States Currency held by any person or entity are hereby forever barred and foreclosed.

D. The $9,201.00 in United States Currency be, and the same hereby is, forfeited to the United States of America.

E. The United States Marshal for the District of Nebraska is directed to dispose of said currency in accordance with law.

Dated October 26, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge