IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:10CR3104 |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| ALEJANDRO ARTEMIO ALCALA, | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for leave to proceed in forma pauperis on appeal (filing 76) is granted.

DATED this 14th day of November, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge